534 A.2d 452

COMMONWEALTH of Pennsylvania, Appellant,

v.

Franklin R. CROMLEY, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1986.

Decided Dec. 2, 1987.

Henry S. Kenderdine, Jr., Dist. Atty., Joseph C. Madenspacher, Lancaster, for appellant.

David F. Wedge, Lancaster, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF THE COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Former Justice HUTCHINSON did not participate in the decision of this case.

LARSEN, J., dissents.